No. 26568.

Court of Criminal Appeals of Texas.

Nov. 3, 1953.

**ERVIN v. STATE.**

No. 26569.

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

No attorney on appeal.

William H. Scott, Criminal Dist. Atty., King C. Haynie, Asst. Criminal Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

Appellant was convicted for the offense of robbery by assault, with the penalty assessed by the jury at 25 years in the penitentiary.

There is no statement of facts or bill of exception in the record. All the proceedings appear to be regular.

The judgment of the trial court is affirmed.